_____ FILED   _____ ENTERED
_____ LODGED   _____ RECEIVED

**JUL 17 2018**

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

Magistrate Judge Mary Alice Theiler

# UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

PAUL GEORGE CARTIER,

Defendant.

CASE NO. **MJ 18 - 329**

COMPLAINT for VIOLATION

18 U.S.C. § 875(c)

BEFORE, The Honorable Mary Alice Theiler, United States Magistrate Judge, U.S. Courthouse, Seattle, Washington.

## COUNT ONE
### (Interstate Threat)

On or about November 27, 2017, at Seattle, within the Western District of Washington, the defendant, PAUL CARTIER, did knowingly and willfully transmit in interstate and foreign commerce a communication, to wit, a telephone call from Canada to the United States Attorney's Office in Seattle, Washington, and the communication contained a threat to injure J.D. and R.F.

All in violation of Title 18, United States Code, Section 875(c).

And the complainant states that this Complaint is based on the following information:

COMPLAINT/Cartier - 1
USAO #2018R00707

1.      I, John Wurster, am a Special Agent with the United States Secret Service (USSS) and have been so since June 21, 1999. I am currently assigned to the Seattle Field Office. I am a graduate of the Federal Law Enforcement Training Center located in Glynco, Georgia, and the USSS Training Academy located in Beltsville, Maryland. Prior to my employment with the USSS, I served in the United States Army as a Counterintelligence Special Agent. I have a Bachelor of Science Degree from Brenau University. As part of my training with the USSS, I have received instruction on the investigation of financial crimes, including counterfeiting, identity theft, access device fraud, wire fraud and bank fraud. I have also received training in the investigation of threats made towards individuals who have been assigned USSS protection. In the course of my law enforcement career, I have investigated crimes ranging from the production & passing of counterfeit currency, identity theft, access device fraud, wire fraud, bank fraud and threats made towards the President, Vice President and former Presidents of the United States. I am a member of the Seattle Internet Crimes Against Children Task Force and have both received training and worked with other federal, state and local law enforcement personnel during the investigation of crimes involving the sexual exploitation of children. As part of my duties, I routinely investigate violations of federal law, particularly in relation to violations of Title 18, United States Code, Sections 871 and 875 which criminalize making threats against protected persons.

2.      The facts set forth in this Complaint are based on information obtained by me and others during this investigation from a variety of sources including other USSS Special Agents, members of the United States Attorney's Office for the Western District of Washington, Deputy U.S. Marshals, members of Canadian law enforcement, and publicly available materials regarding a prior federal criminal case, *United States v. Paul Cartier*, CR12-139, filed in the United States District Court for the Western District of Washington.

3.      Because this Complaint is submitted for the limited purpose of establishing probable cause in support of an arrest warrant, it does not set forth each and every fact

1   that I or others have learned during the course of this investigation. I have set forth only

2   the facts that I believe are necessary to establish probable cause to believe PAUL

3   CARTIER, committed the offense of Interstate Threat, in violation of Title 18, United

4   States Code, Section 875(c).

5          4.        On November 27, 2017, at approximately 1:27 AM, a caller identifying

6   himself as Paul George Cartier, along with his date of birth, left the following voicemail

7   after calling the main office number for the United States Attorney's Office in Seattle,

8   Washington:

9          Yes, hello. This is for [J.D.], the former District Attorney of -
10         - U.S. Attorney, Washington State. Uh, she's going to be shot
           and killed with, uh, [F.], the, uh, AG of Washington State,
11         also President Trump, too, and [J.S.]. I just called them. My
           name is Paul George Cartier, [date of birth]. You can put the
12         warrant out in five or ten days. You know who I was, first
13         president, nanotechnology (phonetic). My lawyer is (206)
           553-1100 in Seattle here, too. [C.E.]
14

15         I have to put you in diapers. I've got things on the AIDS virus
           in fax, 9/11 conspiracy papers, November 3rd, 12 2002 "60
16         Minutes", President Bush and 51 -- Area 51. Dr. Larry Ford
17         and Valerie Kessler for the AIDS virus. I have enough stuff to
           be put in nuclear bombs and smash it. I've got the things the
18         Arabs, the U.S./Middle East radio/video.  If this goes public,
19         you're in diapers. They'll take care of you, too, and shoot you
           under my command.
20

21         Well, hello [J.D.], you jerk, because they're doing marijuana
           now. What a fucking loser you are. You've been doing mari -
22         - oh, yeah. This guy is, uh, doing marijuana in Vancouver. Al
23         Quaida. He's a suss (phonetic) agent, too. And the cease
           (phonetic) is causing that, (604) 528-23 7400. The spies here
24         caused it.

25
26         Well, you have a good day. Got ten days for the
           international warrant. You better do the, uh, international
27         warrant. Because if you don't come and get me, never mind
           my bail money, I'll have you put in diapers because that's it.
28         It'll get worse. International warrant, come get me.

UNITED STATES ATTORNEY
1000 SW THIRD AVENUE SUITE 600
PORTLAND, OREGON 97204
(503) 727-1000

Hello, [B.F.]. I'm a [F], too. My mother's a royal from
England. But, uh -- uh, I'm [F]. I was first president
reincarnation nanotechnology.

Okay, [J.D.], you got to put up the thing because I'll put you
in diapers, shoot you. Bye.

5.      CARTIER is a citizen of Canada and well known to law enforcement.
According to information from Canadian authorities, CARTIER's Canadian criminal
history includes a conviction for Armed Robbery.  In the United States, his criminal
history includes a 1993 conviction for petit larceny, a 1990 conviction for bail jumping,
and a 1988 conviction for battery.  On December 23, 2009, CARTIER was previously
charged by way of complaint in the Western District of Washington with three counts of
Interstate Threats, in violation of Title 18, United States Code, Section 875(c).  As
detailed in the complaint, CARTIER, in December 2009, made a series of telephone calls
from Canada to the United States Attorney's Office in Seattle, Washington, and
threatened to kill an Assistant United States Attorney for the Western District of
Washington, and another employee of the Office.  The 2009 Complaint is attached hereto
as Attachment A and the contents are incorporated as if stated herein.

6.      In 2012, CARTIER was arrested on the 2009 complaint after attempting to
cross the U.S.-Canadian border.  He was then indicted by a Grand Jury in the Western
District of Washington for the same offenses set forth in the 2009 Complaint.  CARTIER,
however, was eventually found incompetent to stand trial and ordered to undergo
competency restoration treatment.  In May 2013, the court denied requests to continue to
detain CARTIER for restoration efforts, and the case was eventually dismissed.
Thereafter, CARTIER was transferred to the custody of Immigration and Customs
Services and deported to Canada.

7.      According to the telephone records at the United States Attorney's Office,
the number from which CARTIER made the November 27, 2017 telephone call is
"unregistered" and further tracing is not possible.  As set forth below, there is probable

COMPLAINT/Cartier - 4
USAO #2018R00707

UNITED STATES ATTORNEY
1000 SW THIRD AVENUE SUITE 600
PORTLAND, OREGON 97204
(503) 727-1000

1    cause to believe that CARTIER initiated the November 27, 2017, telephone call to the

2    United States Attorney's Office from Canada.

3           8.     Since CARTIER's removal back to Canada sometime in 2013, an alert has

4    been in place at the U.S. - Canadian border to contact law enforcement agencies,

5    including the United States Marshal and Federal Bureau of Investigation, if CARTIER

6    attempted to cross the border.  No notice of any attempts by CARTIER to cross the

7    border into the United States was issued prior to May 26, 2018.

8           9.     In addition, on November 28, 2017, an employee of the United States

9    Attorney's Office, who was performing reception duties, answered a telephone call on the

10   main Office's telephone number.  The employee, having heard CARTIER's voice

11   previously by way of the earlier voicemail, recognized the caller as CARTIER, although

12   the caller did not identify himself.  CARTIER asked for the name of the current United

13   States Attorney for the Western District of Washington and hung up once he obtained the

14   information.  According to the Office's telephone records, CARTIER called in from the

15   following number: 1-604-872-5475.  An open source check of records indicated that this

16   number was the number of an outdoor gear and military surplus store located in

17   Vancouver, British Columbia, Canada.  Law enforcement in Vancouver, Canada

18   contacted the store owner.  The store owner recalled that someone who looked like

19   CARTIER came to the store and asked to use the telephone.  The store owner described

20   CARTIER as a homeless person dressed in camouflage, who exhibited signs of mental

21   illness.

22          10.    On November 29, 2017, at approximately 1:06 AM, a caller identifying

23   himself as PAUL CARTIER, again called the main telephone number of the United

24   States Attorney's Office, and left the following message directed at the current United

25   States Attorney for the Western District of Washington:

26              Yes, hello. This is for [A] – [A.H.], the head District
                Attorney, like [J.D.]'s double jeopardy – [J.D.] My name is
27              Paul George Cartier, [date of birth]. Yeah. Uh, you're  going
                to be wearing diapers, uh, [J.D's]. Because, uh, they're doing
28

COMPLAINT/Cartier - 5
USAO #2018R00707

marijuana now. They're making it legal. You're a fuck up. You're a criminal DNA. You're a DA with a diaper skirt that tells lies and puts people in diapers in jail. Well, you're wearing a diaper skirt, miniskirt in the courtroom, lie and railroad shit. You're already dead, lady.

Uh, you fucked with the wrong person. I was George Washington nanotechnology (phonetic). Remember me? Paul George Cartier, [date of birth]. You can call [C.E.] at 1(206) 553-1100.

That's right. And [J.S.] and the President, too. They're all going to be put in diapers and shot.  Nuclear bombs sent to Washington D.C. and also Seattle under my order.

I got the 1218 Geneva switch line and the, uh, fax number to World Health Organization for the AIDS virus that you did it with President Bush in Area 51, November 3rd, 22 2002 or October 31st, 2002. "60 Minutes" got certified paper, ten of them. Like 9/11, the inside job, remember? With, uh, Mike Wallace, Larry Ford -- Dr. Larry Ford, and,

uh -- uh, other people spread the AIDS virus. Valerie Kessler. Remember, she told him not to eat, and the monkey bit the gay guy? You guys did it.

Listen, you're gonna be screwed. There will be nuclear bombs all over your United States. Send an international warrant for my ass because if they catch me, they'll let me out of jail here. And you play that shit, because I have a -- I'm worth a lot of bail money. Remember, you guys got it from 2000 with the INS. I'm worth a lot of bail money. They keep me, they're going to make me turn on you for 9/11 and that, too. So you better have an extradition warrant, get it? And toot sweet, right away.

Well, you're all going to be dead and wearing diapers.  Have a nice day. Don't worry about it, the discotheques are full where the prisoners wear diapers in jail and they disco dance. Cheers.

11.     On May 26, 2018, a caller identifying himself as Paul George Narcisse-Cartier, called the White House.  The operator forwarded the call to a USSS agent. CARTIER spoke rapidly and seemed to be in a manic state.  He said that he was going to

COMPLAINT/Cartier - 6
USAO #2018R00707

UNITED STATES ATTORNEY
1000 SW THIRD AVENUE SUITE 600
PORTLAND, OREGON 97204
(503) 727-1000

1   leave his residence in Vancouver, Canada, cross the border and, if he made it to the

2   United States, kill the President of the United States.  CARTIER repeatedly said that the

3   agent should call Immigration and Customs Enforcement and warn them that he would be

4   crossing the border and that they should stop him.

5       12.     On May 26, 2018, at approximately 6:56 pm, U.S. Customs and Border

6   Patrol personnel observed a male subject get out of a taxi near the U.S./Canada border,

7   east of Sumas, Washington.  Border Patrol Agent Derick Dornan contacted the subject

8   who identified himself as CARTIER.  CARTIER admitted that he was born in Canada

9   and was a Canadian citizen.  He was not carrying any immigration documents.  He told

10  Agent Dornan that he crossed the border into the United States because he wanted to turn

11  himself in and go to jail.  Border Patrol Agents arrested CARTIER.  From CARTIER's

12  backpack, agents recovered a realistic looking replica toy pistol, two pairs of handcuffs,

13  and a fake FBI identification with CARTIER's picture.  CARTIER claimed to be an

14  undercover FBI Agent and claimed to know the President of the United States.

15      13.     On May 27, 2018, I interviewed CARTIER at the Northwest Detention

16  Center.  He said that he is constantly harassed by the Canadian Security Intelligence

17  Service and would like to live in the United States.  He denied any actual intent or plan to

18  harm the president and claimed that he deliberately forewarned law enforcement that he

19  was planning to cross the border so that he would be taken into custody.  I asked him

20  about threats he had made to employees of the U.S. Attorney's Office.  He claimed that

21  he made the threat for the same reason that he threatened the president and that he had no

22  intent to harm.  He claimed that he carried the fake gun to display as needed to protect

23  himself because he lives on the streets.  He said that he carried handcuffs and fake FBI

24  credentials because he is a "wannabe cop."  He shows the fake FBI credentials to law

25  enforcement hoping to be treated well.  He denied trying to misrepresent himself as a law

26  enforcement officer.

27      14.     CARTIER has an extensive history of mental illness.  I contacted Canadian

28  authorities and learned that CARTIER has been receiving some form of mental health

COMPLAINT/Cartier - 7
USAO #2018R00707

UNITED STATES ATTORNEY
1000 SW THIRD AVENUE SUITE 600
PORTLAND, OREGON 97204
(503) 727-1000

1   care for approximately 20 years.  According to Dave Staniforth, Clinical Coordinator,

2   Vancouver Coastal Health, at the time of his arrest, CARTIER was compelled by law to

3   undergo mental health treatment, including taking prescribed medications.  If found in

4   violation of the program, he can be involuntarily hospitalized.  According to Staniforth,

5   CARTIER "has been assessed by both law enforcement and mental health practitioners

6   many times over the past 24 months and has not been seen to pose any credible threat to

7   public safety."  In my interview of CARTIER, he claimed that he has been treated for

8   paranoid schizophrenia, but does not agree with the diagnosis.  I also noted that although

9   he was cooperative and appeared to be eager to talk, he exhibited signs of mental illness.

10   He claimed to be the first president of the United States and claimed to have cameras in

11   his eyes.

12          15.      CARTIER is currently detained pending deportation/removal.  On June 25,

13   2018, he was found to have a serious mental disorder or defect that may render him

14   incompetent to represent himself in immigration proceedings pursuant to *Franco-*

15   *Gonzalez v. Holder*, 2014 WL 5475097 (C.D. Cal. 2014).  He was appointed a Qualified

16   Representative to assist him.

17   //

18   //

19   //

20   //

21

22

23

24

25

26

27

28

COMPLAINT/Cartier - 8
USAO #2018R00707

UNITED STATES ATTORNEY
1000 SW THIRD AVENUE SUITE 600
PORTLAND, OREGON 97204
(503) 727-1000

16.     Based on the above facts, I respectfully submit that there is probable cause to believe that PAUL CARTIER did knowingly and intentionally send a threatening communication in foreign commerce on or about November 27, 2017, in violation of Title 18, United States Code, Section 875(c).

John Wurster, Complainant
Special Agent
United States Secret Service

Based on the Complaint and Affidavit sworn to before me, and subscribed in my presence, the Court hereby finds that there is probable cause to believe the Defendant committed the offenses set forth in the Complaint.

DATED this 17th day of July, 2018.

MARY ALICE THEILER
United States Magistrate Judge

COMPLAINT/Cartier - 9
USAO #2018R00707

UNITED STATES ATTORNEY
1000 SW THIRD AVENUE SUITE 600
PORTLAND, OREGON 97204
(503) 727-1000

# ATTACHMENT A

1                                Magistrate Judge James P. Donohue

2

3                                \_\_\_FILED     \_\_\_ENTERED

4                                \_\_\_LODGED    \_\_\_RECEIVED

5                                   **DEC 2 3 2009**

6                                 AT SEATTLE
                           CLERK U.S. DISTRICT COURT

7                        WESTERN DISTRICT OF WASHINGTON
                  BY                DEPUTY

8

9

10                        UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF WASHINGTON

11                            AT SEATTLE

12  UNITED STATES OF AMERICA,     )    CASE NO. MJ09-610

13                     Plaintiff,  )    COMPLAINT for VIOLATION

14                            )    Title 18, U.S.C. Section 875(c)
              v.                 )

15  PAUL GEORGE CARTIER ,       )

16  a/k/a "Damian Thorn,"           )
  a/k/a "Edward Greenspan,"       )

17  a/k/a "666,"                 )
  a/k/a "George Andrew Carter;   )

18  a/k/a "George Cartier,"         )
  a/k/a "Glenn Andrew Power-Williams; )

19  a/k/a "Glenn Andrew Power,"    )
  a/k/a "Glenn Andrew Williams,"   )

20  a/k/a "Georges Andrew Carter,"   )
  a/k/a "Robert Myers,"         )

21                    Defendant.  )

22

23       BEFORE, James P. Donohue, United States Magistrate Judge, U. S. Courthouse,

24  Seattle, Washington.

25       The undersigned complainant being duly sworn states:

26  ///

27  ///

28

_(left margin, handwritten, rotated)_ AUSA v Lombard.

COMPLAINT/Cartier - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

## COUNT ONE

### (Interstate Threat)

On or about December 10, 2009, at Seatte, within the Western District of Washington, PAUL GEORGE CARTIER did knowingly and willfully did transmit in interstate and foreign commerce from Canada to the Western District of Washington, a communication, to wit, a telephone call, to Assistant United States Attorney T.G., and the communication contained a threat to kidnap and injure T.G.

All in violation of Title 18, United States Code, Section 875(c).

## COUNT TWO

### (Interstate Threat)

On or about December 17, 2009, at Seatte, within the Western District of Washington, PAUL GEORGE CARTIER did knowingly and willfully did transmit in interstate and foreign commerce from Canada to the Western District of Washington, a communication, to wit, a telephone call, to Assistant United States Attorney T.G., and the communication contained a threat to kidnap and injure T.G.

All in violation of Title 18, United States Code, Section 875(c).

## COUNT THREE

### (Interstate Threat)

On or about December 21, 2009, at Seatte, within the Western District of Washington, PAUL GEORGE CARTIER did knowingly and willfully did transmit in interstate and foreign commerce from Canada to the Western District of Washington, a communication, to wit, a telephone call, to Assistant United States Attorney T.G. and S. Z-B., and the communication contained a threat to kidnap and injure T.G. and S. Z-B.

All in violation of Title 18, United States Code, Section 875(c).

And the complainant states that this Complaint is based on the following information:

I, William R. Walton, being first duly sworn on oath, depose and say:

COMPLAINT/Cartier - 2

1       1.     I am a Special Agent with the Federal Bureau of Investigation (FBI), and

2  have been so employed since April 2007. I am currently assigned to the Seattle,

3  Washington Field Office. Prior to my employment as a Special Agent, I served for 16

4  years in the United States Air Force. I have completed FBI training in the investigation of

5  criminal matters. While working as a Special Agent, I have directed or otherwise been

6  involved in investigating violations of federal law.

7       2.     Based on my personal experience in this investigation and on my review of

8  information provided to me by other FBI Special Agents and U.S. Deputy Marshalls, I

9  believe the facts set forth in this complaint indicate violations of Title 18 United States

10  Code, section 875(c) by Canadian citizen Paul George Cartier, born in 1962.

11       3.     On December 10, 2009, the United States Attorney's Office (USAO) began

12  to receive threatening telephone calls by an individual who identified himself as PAUL

13  GEORGE CARTIER. CARTIER threatened to kill the attorney assigned to the Marc

14  Emery case and the receptionist at the USAO. Marc Emery is a Canadian national who

15  has been indicted in this Court for a number of felony drug offenses for selling marijuana

16  seeds nationally and abroad. Emery is scheduled to be extradited to the United States for

17  a sentence of five years.

18       4.     The Assistant United States Attorney (AUSA) assigned to the Emery case is

19  T.G., and the USAO receptionist is S. Z.B.  The victim names are partially redacted

20  throughout this Complaint.

21       5.     On December 10, 2009 at 3:36 pm, S. Z-B. received a telephone call from

22  416-589-0379. The number is a routing number for a calling card with a Toronto, Ontario

23  area code. A male identifying himself initially as Edward Greenspan, subsequently as

24  PAUL GEORGE CARTIER, requested to speak to the attorney responsible for the Marc

25  Emery case.  S. Z-B. identified AUSA T.G. as the prosecutor assigned to the case and

26  forwarded the caller to T.G.'s voicemail. The caller left the following voicemail for T.G.:

27  ///

28  ///

COMPLAINT/Cartier - 3

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

Hi [T], it's Paul George Cartier, January 2nd, '62, I work for the FBI, uh, at the U.S. Consulate, 684-1772, ah, but what the hell, they're gone now anyhow, got rid of them. Listen, you're handling Marc Emery's case I heard eh, from ah, BC Canada. He's being extradited. I tell ya what, ah, I'm his partner, his partner in crime, and ah, I sell some drugs too, you know what I'm sayin'? You know, like marijuana. Hey, go fuck yourself 'cuz you touch him, you extradite him, you're gonna be dead. You're office is gonna be taken out and you'll be killed. I'm not messin' around here. I've got some hitmen who'll get ya, and I've got some people involved in the U.S. Government, and the CIA, and this is for real. Don't touch Marc. You leave him right where he is. He's not coming to Seattle. You do not handle him or touch him. Do you understand? You can deal with my friends and boys. I've got your fax number. You're dead already.

5.    On December 10, 2009, a second telephone call was received at 3:48 pm from 416-589-0379. The caller stated "I'm going to fucking kill you (receptionist) and T. G. when I get to town."

6.    On December 10, 2009 at 4:00 pm, CARTIER faxed from (604) 685-6725, a photo of himself.  Printed on the photo was the phrase, "Paul George Cartier (me)," and an arrow pointing to the picture. The subscriber of the facsimile number (604) 685-6725, was confirmed by Christopher Wetmore, liaison to the United States Marshal in Vancouver, BC as Staples Office Supply located at 779 West Pender Ave. Vancouver, BC. Cartier wrote on the same fax his date of birth, American and Canadian Social Security Numbers, and the following message:

Todays date: Dec 10 09.  666 aka Damian Thorne.. Hey [T. G.]; You fucking Jew kick (sic), (oh by the way, I'm Jewish too)!!! You extradite Marc to Seattle, I'll have you killed & your bosses! Hit Squad!!! OK? Your F____ Dead. White house can't touch me either!!! Your going to wear diapers, asshole!  Will send photo of me and... (the rest is illegible).

7.    On December 17, 2009 at 7:03 am, CARTIER telephoned the USAO and left the following voicemail:

///

///

///

///

COMPLAINT/Cartier - 4

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

Yes, Hello this is Paul George Cartier, January 2nd, '62, from [unintelligible], back toward Canada, BC, Marc Emery's ah, buddy. You touch him, you bring him on a warrant, you extradite him, a hit squad gets after your boy [T.G], ok? I'm gonna put you in fucking diapers my friend. You're all dead. And by the way, my name is Damian Thorn AKA 666. You know who I am. The White House can't touch me [unintelligible]. You're gonna wear diapers on the news motherfucker. Oh, and you think you can [unintelligible], time to deport this fucker? I'll tell you what, don't even think about deporting him. You think you've seen time, you lame jerk, cuz you're already dead. I sent a hit squad. You're gonna be wearing diapers. I'll be sending out a fax. You got the fax. You're all dead.

8.    On December 21, 2009 at 15:56, CARTIER again telephoned the USAO and spoke with receptionist S. Z-B.

Cartier:        You're all dead.

Z-B:            I'm sorry?

Cartier:        You're all dead. You hear what I said? When I threatened the attorney? [T.G]? Your head attorney, oh I, you got the, I got the fax number. I already sent a fax. You got it? You're all dead. I'm gonna give you another one. You understand?

Z-B:            Can you say it again? I didn't understand.

Cartier:        Oh you understood very well what I said. When I threatened you.

Z-B:            I didn't hear you. I'm sorry.

Cartier:        Sure you did.

Z-B:   Right, I'm sorry. I did not hear     you.

Cartier:        5530882, that's your fax. There's gonna be a fax, I just faxed, all of you three when I got off the phone.

9.    On December 21, 2009 at 16:02, CARTIER telephoned the USAO a second time and left the following voicemail: [unintelligible] extradite [unintelligible] Marc. You're all dead.

///

///

COMPLAINT/Cartier - 5

8.     CARTIER is well known to law enforcement.  The United States Secret Service (USSS) has provided a history of other threats placed by CARTIER to the White House including telephone calls, faxes and a letter containing white powder, identified in the letter as Anthrax.

9.     Based on the above facts, I respectfully submit that there is probable cause to believe that PAUL GEORGE CARTIER did knowingly and intentionally send a threatening communication in foreign commerce, on or about December 10, 17, and 21, 2009, , in violation of Title 18, United States Code, Section 875(c).


William R. Walton, Complainant
Special Agent, FBI


Based on the Complaint and Affidavit sworn to before me, and subscribed in my presence, the Court hereby finds that there is probable cause to believe the Defendant committed the offense set forth in the Complaint.

Dated this 23rd day of December, 2009.


JAMES P. DONOHUE
United States Magistrate Judge


COMPLAINT/Cartier - 6