THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR18-180-RAJ |
| Plaintiff, | |
| v. | ORDER TO SEAL DOCUMENTS |
| PAUL CARTIER, | |
| Defendant. | |

THIS MATTER has come before the undersigned on the motion of Defendant Paul Cartier, to file his Unopposed Motion for a Competency Examination and Hearing, the attached exhibits, and the proposed order under seal.

The Court has considered the motion and records in this case and finds there are compelling reasons to file these documents under seal.

IT IS ORDERED that Defendant's Motion to Seal (Dkt. #13) is GRANTED. Mr. Cartier's Unopposed Motion for a Competency Examination and Hearing, the attached exhibits to the motion, and the Proposed Order, all remain filed under seal.

DATED this 31st day of July, 2018.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER TO SEAL DOCUMENTS
(Paul Cartier; CR18-180RAJ) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100