The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAUL GEORGE CARTIER,<br><br>Defendant. | NO. CR18-180-RAJ<br><br>ORDER SEALING EXHIBITS A AND B TO GOVERNMENT'S MOTION FOR EVALUATION OF DANGEROUSNESS |

This matter comes before the Court upon the Government's Motion to Seal Exhibits A and B to Its Motion for Evaluation of Dangerousness. The Court has reviewed the motion and records in this case and finds there are compelling reasons to permit the filing of these exhibits under seal.

IT IS HEREBY ORDERED that the Government's Motion to Seal (Dkt. #29) is GRANTED. Exhibits A and B to the Government's Motion for Evaluation of Dangerousness shall remain under seal.

DATED this 27th day of March, 2019.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

U.S. v. CARTIER/CR18-180-RAJ

UNITED STATES ATTORNEY
1000 SW THIRD AVENUE, SUITE 600
PORTLAND, OR 97204
(503) 727-1000