The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR 18-180-RAJ |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| PAUL GEORGE CARTIER, | |
| Defendant. | |

THIS MATTER comes before the Court upon a request by way of written letter from the Acting Warden of the Federal Medical Center at Butner, North Carolina for an additional 30 days in which to complete the evaluation of Defendant Paul George Cartier, which the Court construes as a motion to extend the deadline set forth in the Court's Order of Commitment for Evaluation of Dangerousness (Dkt. #36). Having considered the Bureau of Prisons' request and Defendant's Memorandum and Objection (Dkt. #37), the Court **GRANTS IN PART and DENIES IN PART** the Bureau of Prisons' request.

The Court finds good cause to grant a delay, but not of the length requested. The Court extends the deadline for the Bureau of Prisons to complete the dangerousness evaluation to May 15, 2019, and will require the final written report to be submitted to the Court no later than June 3, 2019.

DATED this 29th day of April, 2019.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER - 1
*U.S. v. CARTIER/CR18-180-RAJ*