THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR18-180RAJ |
| Plaintiff, | ORDER GRANTING EMERGENCY MOTION FOR HEARING AND TRANSPORTATION OF DEFENDANT TO THE WESTERN DISTRICT OF WASHINGTON |
| vs. | |
| PAUL CARTIER, | |
| Defendant. | |

THE COURT has considered Defendant Paul Cartier's emergency motion for a hearing and for transportation to the Western District of Washington, along with all the records and files in this case,

IT IS NOW ORDERED that Defendant Cartier's Motion (Dkt. #40) is granted. The hearing on the Government's unopposed motion to dismiss this case is scheduled for **June 13, 2019, at 2:00 P.M.**

Furthermore, IT IS ORDERED that the United States Marshals Service shall arrange for Mr. Cartier's transportation to the Western District of Washington in advance of the hearing.

DATED this 5th day of June, 2019.

The Honorable Richard A. Jones
United States District Judge

ORDER FOR TRANSPORTATION TO THE
WESTERN DISTRICT OF WASHINGTON
(*United States v. Cartier*; CR18-180RAJ) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**