UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAUL GEORGE CARTIER,<br><br>Defendant. | NO. CR 18-180-RAJ<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE FOR MENTAL INCOMPETENCY** |

Plaintiff's Motion for Order of Dismissal Without Prejudice for Mental Incompetency (Dkt. #39) is GRANTED.

SO ORDERED this 13th day of June, 2019.

*[signature]*

The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL WITHOUT PREJUDICE
FOR MENTAL INCOMPETENCY - 1
U.S. v. CARTIER/CR18-180-RAJ

UNITED STATES ATTORNEY
1000 SW THIRD AVENUE, SUITE 600
PORTLAND, OR 97204
(503) 727-1000